```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ALABAMA
                        NORTHERN DIVISION
```

CURTIS LEE BENNETT,                :
                                   :
    Plaintiff,                     :
                                   :
vs.                                :   CIVIL ACTION 11-0387-M
                                   :
MICHAEL J. ASTRUE,                 :
Commissioner of Social Security,   :
                                   :
    Defendant.                     :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Curtis Lee Bennett.

DONE this 15th day of March, 2012.

                                              s/BERT W. MILLING, JR.
                                              UNITED STATES MAGISTRATE JUDGE