```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                      NORTHERN DIVISION
```

CURTIS LEE BENNETT,                 :
                                    :
    Plaintiff,                      :
                                    :
vs.                                 :     CIVIL ACTION 11-0387-M
                                    :
MICHAEL J. ASTRUE,                  :
Commissioner of Social Security,    :
                                    :
    Defendant.                      :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Curtis Lee Bennett.

DONE this 15th day of March, 2012.


                                    s/BERT W. MILLING, JR.
                                    UNITED STATES MAGISTRATE JUDGE